UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Kevin G. McDonald, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C

Case No: 17-18268 JNP

In Re:
Juan Espinosa

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

Debtor

## NOTICE OF APPEARANCE

   Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.

Date:01/25/2019                                **/s/ Kevin G. McDonald, Esquire**
                                               Kevin G. McDonald, Esquire
                                               Brian C. Nicholas, Esquire
                                               **KML Law Group, P.C.**
                                               216 Haddon Avenue, Ste. 406
                                               Westmont, NJ 08108
                                               (609) 250-0700 (NJ)
                                               (215) 627-1322 (PA)
                                               FAX: (609) 385-2214
                                               Attorney for Movant/Applicant

*new 8/1/15*