UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002

In Re:

Juan Espinosa

Case No.: 17-18268

Chapter: 13

Judge: JNP

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

_____Isabel C. Balboa_____, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of _____$7.98_____, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Juan Espinosa<br>219 Maine Avenue<br>Cherry Hill, NJ 08002 | $7.98 |
|  |  |
|  |  |

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date:  May 29, 2019                              /s/ Isabel C. Balboa
                                                  Trustee

*rev.8/1/15*