UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: 17-18268

Chapter: 13

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Juan Espinosa, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/9/2019

Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev 8/1/18