Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−18268−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Espinosa
   219 Maine Avenue
   Cherry Hill, NJ 08002

Social Security No.:
   xxx−xx−1097

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 12, 2019
JAN: jpl

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-18268-JNP
Juan Espinosa                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Aug 12, 2019
                              Form ID: cscnodsc        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
```
db             +Juan Espinosa,    219 Maine Avenue,    Cherry Hill, NJ 08002-3015
516783714      +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
516783715      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
516783719      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517772889      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
517772890      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006,
                 Citibank, N.A.,    Fay Servicing, LLC 75006-3357
516783720      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516783722      +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike    Ste 113e,
                 Syosset, NY 11791-4401
517382808       East Coast Warwick Terrace,    Rosemary Spohn Esquire,    2 South Avenue West W411,
                 Cranford, NJ 07016-2674
516783723      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783732      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
516783733      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517021473      +U.S. BANK TRUST, N.A., as TRUSTEE FOR LSF9 MASTER,    CALIBER HOME LOANS INC,
                 13801WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
517988949       U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX  75381-4609
517998776      +U.S. Bank Trust National Association,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517024013      +U.S. Bank Trust,N.A., as Trustee  for LSF9 Master,    PO BOX 24330,
                 OKLAHOMA CITY OK 73124-0330
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2019 23:44:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2019 23:44:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517017712       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2019 23:48:19
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517351337      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 12 2019 23:45:41     CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
516783717      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 12 2019 23:48:11      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517021948       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 00:22:41
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517177199      +E-mail/Text: bankruptcy@pseg.com Aug 12 2019 23:44:00     PSEG,    Attn: Bankruptcy,
                 PO Box 490,    Cranford, NJ 07016-0490
516783736      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 12 2019 23:43:55
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517350486        CALIBER HOME LOANS, INC.,
516783716*      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
516783718*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516783721*      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516783724*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783725*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783726*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783727*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783728*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783729*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783730*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783731*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
518269587*      +Juan Espinosa,    219 Maine Avenue,    Cherry Hill, NJ 08002-3015
516783734*      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
516783735*      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517988950*       U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX  75381-4609
516783713      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 1, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Aug 12, 2019
                               Form ID: cscnodsc            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:

```
              Brad J. Sadek    on behalf of Debtor Juan  Espinosa brad@sadeklaw.com,  bradsadek@gmail.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank Trust National Association smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```