UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: | : | |
|---|---|---|
| Juan Espinosa | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.: 17-18268-JNP |

## MOTION TO REOPEN

The Debtor hereby respectfully requests this Honorable Court reopen its Order closing the Debtor's Chapter 13 Bankruptcy in order to obtain discharge, and avers the following:

1. The Debtors filed the instant Chapter 13 Bankruptcy on or about April 4, 2017.
2. Said Bankruptcy was issued case number 17-18268-JNP.
3. On August 12, 2019, the case was closed without discharge for failure to file a Certification in Support of Discharge by the Debtor.
4. That same day, Debtor filed a Certification in Support of Discharge.

WHEREFORE, the Debtor humbly request that this Court reopen the instant Chapter 13 Bankruptcy, and reinstate the Debtor's Bankruptcy case in order for Debtor to obtain discharge.

Dated: September 5, 2019

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008