UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: | : | |
| --- | --- | --- |
| Juan Espinosa | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.: 17-18268-JNP |

## ORDER GRANTING DEBTOR'S MOTION TO REOPEN

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion of Juan Espinosa to Reopen Order, it is hereby:

ORDERED and DECREED that the Debtor's Chapter 13 Bankruptcy case is forthwith reinstated to allow Debtor to obtain discharge;

FURTHER ORDERED:

_____
Judge Jerrold N. Poslusny Jr.