IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**Juan Espinosa**

**Debtor**

Case No.: **17-18268**

Chapter: **13**

Hearing Date:

Judge: **JNP**

## ORDER GRANTING DEBTOR'S MOTION TO REOPEN

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion of Juan Espinosa to Reopen Order, it is hereby:

ORDERED and DECREED that the Debtor's Chapter 13 Bankruptcy case is forthwith reinstated to allow Debtor to obtain discharge;

FURTHER ORDERED:

_____
Judge Jerrold N. Poslusny Jr.