**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Juan Espinosa | Social Security number or ITIN   xxx–xx–1097 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–18268–JNP | |

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Juan Espinosa

10/25/19                                                                 **By the court:** Jerrold N. Poslusny Jr.
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 17-18268-JNP
Juan Espinosa                                                   Chapter 13
          Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Oct 25, 2019
                               Form ID: 3180W           Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Juan Espinosa,    219 Maine Avenue,    Cherry Hill, NJ 08002-3015
516783714      +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
516783715      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517772889      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
517772890      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006,
                 Citibank, N.A.,    Fay Servicing, LLC 75006-3357
516783720      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516783722      +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                 Syosset, NY 11791-4401
517382808       East Coast Warwick Terrace,    Rosemary Spohn Esquire,    2 South Avenue West W411,
                 Cranford, NJ 07016-2674
516783723      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783732      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
516783733      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517021473      +U.S. BANK TRUST, N.A., as TRUSTEE FOR LSF9 MASTER,    CALIBER HOME LOANS INC,
                 13801WIRELESS WAY,   OKLAHOMA CITY OK 73134-2500
517998776      +U.S. Bank Trust National Association,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517988949       U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX   75381-4609
517024013      +U.S. Bank Trust,N.A., as Trustee  for LSF9 Master,    PO BOX 24330,
                 OKLAHOMA CITY OK 73124-0330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2019 01:19:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2019 01:19:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517017712       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2019 01:33:35
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516783713      +EDI: BANKAMER.COM Oct 26 2019 04:38:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517351337      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 26 2019 01:20:18     CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
516783717      +EDI: CAPITALONE.COM Oct 26 2019 04:38:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516783719      +EDI: CHASE.COM Oct 26 2019 04:38:00      Chase Card,    Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
517021948       EDI: PRA.COM Oct 26 2019 04:38:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517177199      +E-mail/Text: bankruptcy@pseg.com Oct 26 2019 01:15:31     PSEG,    Attn: Bankruptcy,
                 PO Box 490,    Cranford, NJ 07016-0490
516783736      +EDI: VERIZONCOMB.COM Oct 26 2019 04:38:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517350486        CALIBER HOME LOANS, INC.,
516783716*      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
516783718*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516783721*      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516783724*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783725*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783726*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783727*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783728*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783729*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783730*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516783731*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
518269587*      +Juan Espinosa,    219 Maine Avenue,    Cherry Hill, NJ 08002-3015
516783734*      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
516783735*      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517988950*       U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX   75381-4609
                                                                                   TOTALS: 1, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Oct 25, 2019
                               Form ID: 3180W           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Brad J. Sadek     on behalf of Debtor Juan  Espinosa brad@sadeklaw.com,  bradsadek@gmail.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
           NJ_ECF_Notices@mccalla.com
          R. A. Lebron     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
          Sindi  Mncina    on behalf of Creditor    U.S. Bank Trust National Association smncina@rascrane.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```