UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107

Order Filed on October 25, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Juan Espinosa

Case No.: 17-18268

Hearing Date: 10/8/19

Judge: JNP

Chapter: 13

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____Juan Espinosa_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __3__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

United States Bankruptcy Court
District of New Jersey

In re:  
Juan Espinosa  
    Debtor

Case No. 17-18268-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Oct 25, 2019  
                 Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
db         +Juan Espinosa,   219 Maine Avenue,   Cherry Hill, NJ 08002-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2019 at the address(es) listed below:
           Brad J. Sadek    on behalf of Debtor Juan    Espinosa brad@sadeklaw.com,   bradsadek@gmail.com
           Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
            individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, not in its
            individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
            kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Melissa N. Licker    on behalf of Creditor    U.S. Bank Trust National Association, not in its
            individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
            NJ_ECF_Notices@mccalla.com
           R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
            PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
           Sindi  Mncina    on behalf of Creditor    U.S. Bank Trust National Association smncina@rascrane.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 9